No. 92–754. ANGEL ET UX. *v.* FROEHLICH, JUDGE, SUPERIOR COURT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–756. CITY OF RUTLAND, VERMONT, ET AL. *v.* INDUS-TRIAL BANK OF JAPAN, LTD., NEW YORK BRANCH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–759. JONES *v.* AMERICAN BROADCASTING COS., INC. C. A. 11th Cir. Certiorari denied.

No. 92–761. LANKFORD *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 92–768. LIVADITIS, AKA D'OR *v.* ROSARIO ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–769. SOMMER *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (SILZER, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–770. SCHIER *v.* GOLDBERG, DBA GOLDBERG DAIRY EQUIPMENT, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–771. HASENFUS ET AL. *v.* SECORD ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–776. ZIMMER *v.* MINNESOTA. Sup. Ct. Minn. Certio-rari denied.

No. 92–778. RUSSELL ET AL. *v.* BOARD OF APPEALS OF TRURO ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 92–782. WESTON *v.* RODRIGUEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–783. DALLAS & MAVIS FORWARDING CO., INC. *v.* GEN-ERAL DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL UNION No. 89. C. A. 6th Cir. Certiorari denied.

No. 92–786. STONE ET AL. *v.* PRINCE GEORGE'S COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.